DEAON DAVIS,

Plaintiff,

v.

NELNET INC., U.S. DEPARTMENT OF
EDUCATION, EQUIFAX, INC.,
EXPERIAN, TRANSUNION, and
INNOVIS,

Defendants.

Case No. 25-CV-1152-JPS

**ORDER**

On August 4, 2025, pro se Plaintiff Deaon Davis ("Plaintiff") sued Defendants Nelnet Inc., U.S. Department of Education, Equifax, Inc., Experian, Transunion, and Innovis (collectively, "Defendants"). ECF No. 1. That same day, Plaintiff filed a motion to proceed in forma pauperis. ECF No. 2.

On October 29, 2025, the Court ordered Plaintiff, who, at the time had seven cases pending, to select the two with which she would like to proceed. ECF No. 4. On December 1, 2025, she wrote a letter to the Court indicating that this case would be one of the two cases. ECF No. 5. On December 17, 2025, the Court ordered Plaintiff to file, by January 16, 2026, an amended complaint in this action, appreciating the fact that that Plaintiff likely initially planned to proceed with seven cases, not just two. ECF No. 6. On May 12, 2026, the Court granted her motion to proceed without prepaying the filing fee and screened her complaint in this case, determining that she failed to state a claim as to any of the Defendants. ECF No. 7. As such, it further advised Plaintiff that if she intended to proceed

with this case, she would need to file an amended complaint no later than June 2, 2026. *Id*.

That amended complaint is now overdue. The Court warned in its May 12th screening order that if Plaintiff failed to timely file an amended complaint as ordered, her action would be dismissed for failure to prosecute. ECF No. 7 at 13. Plaintiff failed to comply, and, true to its word, the Court will dismiss the action without prejudice. *Id.*; *see also* CIV. L.R. 41(c) ("Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice.").

Accordingly,

**IT IS ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 26th day of June, 2026.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge